AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:25-mj-754 |
| ANDREW WALTER SANDVIK | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 1, 2025 to the present_____ in the county of _____Cass_____ in the

_____ District of _____North Dakota_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115(a)(1)(B) | Influencing Federal Official by Threat |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Sarah L. Thaden, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: *November 5, 2025*

*Judge's signature*

City and state: *Fargo, ND*

Alice R. Senechal, United States Magistrate Judge
*Printed name and title*