IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WALTER SANDVIK,<br><br>Defendant. | Case No. 3:25-mj-754<br><br>**UNITED STATES' MOTION FOR PRETRIAL PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Richard M. Lee, Assistant United States Attorney, pursuant to 18 U.S.C. §§ 4241(a), (b) and 4247(b), requests that this Court order defendant be committed to the custody of the Attorney General for purposes of a psychiatric or psychological examination of the defendant and preparation of a psychiatric or psychological report consistent with the requirements of 18 U.S.C. § 4247(b) and (c). The United States further requests this Court order the report be provided to the Court and the parties and schedule a competency hearing upon receipt of the report.

Under 18 U.S.C. § 4241, this Court shall order a hearing to determine the mental competency of a defendant if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Prior to such a hearing, Section 4241(b) states that a court may order that a psychiatric evaluation of the defendant be performed.

Currently, Sandvik is charged by complaint for threatening the President of the United States, in violation of 18 U.S.C. § 115(a)(1)(B).

Here, the United States believes there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  During the investigation for the charged offense, FBI spoke with several family members and friends of Sandvik.  Many of those spoken to by investigators reported an acute and obvious decline in Sandvik's mental health beginning in approximately May of 2025.  Specifically:

- A family member told investigators that in the summer of 2025, Sandvik stated that he was directly communicating with God and had been assigned tasks to perform at God's request.  This is consistent with posts made on Sandvik's website: sandvikcity.com.  Examples of these posts include:

> I am here to judge Satan's children and the false Christians who elevate him.
>
> Trump is weak and will be destroyed soon. Israel will soon been a molten pit of death.
>
> Repent Now false Christians!
>
> **I Am Your Destroyer and I'm Here Now!**

> Satan is my enemy.
> I am here to war.
> I am here for blood.
> I am here to complete God's judgement.
>
> All God's people will be rescued from the earth soon.
>
> Look within for truth with the two-edged sword.

- On August 31, 2025, members of Sandvik's family met with Fargo Police officers to report a decline in Sandvik's mental health and to report concerns regarding Sandvik's Facebook posts threatening law enforcement.

- Sandvik is currently married and has two children. Sandvik and his wife have been separated since the Fall of 2024. On September 20, 2025, an acquaintance of Sandvik's called West Fargo Police and reported that Sandvik had posted about "Taking his spouse and kids to heaven." On September 17, 2025, Sandvik made the following post on his Facebook account:



- On September 17, 2025, Sandvik, following an interaction with law enforcement officers, made the following post on Facebook:



4

Therefore, pursuant to 18 U.S.C. § 4241, the United States requests that this Court order the defendant undergo an evaluation to determine whether he is mentally competent to understand the nature and consequences of the proceedings against him and/or to assist properly in his defense. In order to facilitate this evaluation, the United States requests that the defendant be committed to the custody of the Attorney General so that he may be examined for a reasonable period, not to exceed 30 days subject to application for extension by the director, at a suitable Bureau of Prisons ("BOP") facility pursuant to 18 U.S.C. § 4247(b). Upon conclusion of the psychiatric or psychological examination, the United States requests the Court hold a hearing pursuant to 18 U.S.C. § 4241(c) and § 4247(d).

Therefore, the United States requests that commitment and evaluation be ordered, a report prepared, and a competency hearing scheduled.

Dated: November 13, 2025

                              NICHOLAS W. CHASE
                              United States Attorney

By:   */s/ Richard M. Lee*
       RICHARD M. LEE
       Assistant United States Attorney
       ND Bar ID 07647
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       richard.lee3@usdoj.gov
       Attorney for United States